UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-CV-21668-HUCK/WHITE

NEVIA ABRAHAM,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of the Honorable Patrick A. White, United States Magistrate Judge [D.E. No. 20], filed November 20, 2013, recommending that Movant's motion to vacate pursuant to 28 U.S.C. § 2255 be denied. On December 11, 2013, Movant filed objections to the Report and Recommendation [D.E. No. 21].

The Court has reviewed *de novo* the Report, Movant's objections, the pertinent portions of the record, and is otherwise duly advised. Accordingly, the Court overrules Movant's objections and ADOPTS the findings of fact and conclusions of law as stated in Judge White's Report. For the reasons stated in the Report, Movant's section 2255 motion is DENIED. The Clerk is directed to CLOSE this case. No Certificate of Appealability is to be issued.

DONE AND ORDERED in Chambers, Miami, Florida, on December 30, 2013.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick White
Counsel of Record
Nevia Kevin Abraham, Reg. No. 69442-004
    USP Atlanta
    601 Mcdonough Blvd. SE
    Atlanta, GA 30315